# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BETTYE BARNES** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:12CV34-HSO-RHW |
| | § | |
| **BTN, INC. d/b/a BOOMTOWN CASINO** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Defendant's Motion for Judgment as a Matter of Law pursuant to FED. R. CIV. P. 50, after Plaintiff was fully heard on her premises liability/negligence claim. The Court finds for the reasons more fully stated on the record and in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that Judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 50(a)(1). This civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 16th day of April, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE